THE-NIMROD STERLING
Plaintiff-Appellant

v.

Tracy TAYLOR, Deputy, W.C. "Dub" Brassell Adult Detention Center; Willie Taylor, Corporal, W.C. "Dub" Brassell Adult Detention Center (Originally named as Taylor); Ed Adams, Captain, W.C. "Dub" Brassell Adult Detention Center (Originally named as Edward Adams); Tyra Tyler, Major, W.C. "Dub" Brassell Adult Detention Center (Originally named as Tyranetta Tyler); Greg Bolin, Chief Deputy, W.C. "Dub" Brassell Adult Detention Center (Originally named as Donald Bolin); Tamara Parker, Deputy, Jefferson County in his individual capacity (Originally named as Parker); Sherry Cone, Administration, Jefferson County Jail Defendants-Appellees

No. 17-2150

United States Court of Appeals,
Eighth Circuit.

Submitted: January 31, 2018

Filed: February 8, 2018

The-Nimrod Sterling, Pro Se

1. The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.

John Myers, Clyde Burt Newell, Law Offices of C. Burt Newell, Hot Springs, AR, for Defendants-Appellees Tracy Taylor, Willie Taylor, Ed Adams, Tyra Tyler, Greg Bolin

John Myers, Hot Springs, AR, for Defendants-Appellees Tamara Parker, Sherry Cone

Before GRUENDER, BOWMAN, and KELLY, Circuit Judges.

PER CURIAM.

Federal inmate The-Nimrod Sterling appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action arising from his incarceration at a county jail. Viewing the evidence in a light most favorable to Sterling, and giving him the benefit of all reasonable inferences, we agree with the district court that summary judgment was warranted. See Murchison v. Rogers, 779 F.3d 882, 886-87 (8th Cir. 2015) (de novo review). We find no merit to Sterling's challenges to the other adverse orders he identifies. The judgment of the district court is affirmed, see 8th Cir. R. 47B, but we clarify the dismissal is without prejudice as to the state-law claims Sterling raised in the amended complaint at issue here.

---

1. The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.